# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 03-1361**  **September Term, 2006**

**Filed On: May 9, 2007** [1039431]

Commonwealth of Massachusetts, et al.,
    Petitioners

v.

Environmental Protection Agency,
    Respondent

_____
Alliance of Automobile Manufacturers, et al.,
    Intervenors

_____
Consolidated with 03-1362, 03-1363, 03-1364,
03-1365, 03-1366, 03-1367, 03-1368,

**BEFORE:** Sentelle, Randolph, and Tatel, Circuit Judges

### O R D E R

It is **ORDERED**, on the court's own motion, that, in light of the Supreme Court's opinion in <u>Massachusetts v. EPA</u>, 127 S. Ct. 1438 (2007), the parties file motions to govern future proceedings in this case by June 7, 2007. The motions may not exceed twenty pages.

**Per Curiam**

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:
    Nancy G. Dunn
    Deputy Clerk