# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 03-1361　　　　　　　　　　　　　　September Term, 2006

Filed On: September 14, 2007

[1067055]

Commonwealth of Massachusetts, et al.,
　　　　Petitioners

v.

Environmental Protection Agency,
　　　　Respondent

---

Alliance of Automobile Manufacturers, et al.,
　　　　Intervenors

---

Consolidated with 03-1362, 03-1363, 03-1364,
03-1365, 03-1366, 03-1367, 03-1368,

**BEFORE**:　Sentelle, Randolph, and Tatel, Circuit Judges

## O R D E R

Upon consideration of the joint motion to govern further proceedings and to vacate judgment as to petitions for review Nos. 03-1361, 03-1362, 03-1363, and 03-1364, and to remand those cases to the agency, it is

**ORDERED** that the motion be granted without prejudice to the filing of any motion for costs pursuant to 42 U.S.C. § 7607 (f). The Clerk is directed to enter a new judgment, vacating the EPA's denial of the International Center for Technology Assessment's rulemaking petition, remanding Nos. 03-1361, 03-1362, 03-1363, and 03-1364 to the agency, and reinstating the dismissal of petitions for review Nos. 03-1365, 03-1366, 03-1367, and 03-1368. The Clerk is further directed to issue the mandate forthwith.

### Per Curiam

　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　Mark J. Langer, Clerk

BY:

　　　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　　　Deputy Clerk